## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | **Criminal Action No.** |
| v. | : | **1:13-CR-0025-SCJ** |
| | : | |
| LARRY WEBMAN, | : | |
| RANDY WEBMAN, | : | |
| DARA WEBMAN, | : | |
| GEORGE WILLIAMS, | : | |
| | : | |
| Defendants. | : | |

### ORDER

This matter is before the Court for consideration of the Report and Recommendation of the Honorable Janet F. King, United States Magistrate [Doc. No. 113], to which no objections have been filed.  After reviewing the Report and Recommendation, it is received with approval and **ADOPTED** as the opinion and order of this Court.

Accordingly, Defendant Larry and Randy Webman's motions to dismiss and to strike surplusage [Doc. Nos. 91, 98] are hereby **DENIED**.  Defendant Williams' motion for severance [Doc. No. 89] is hereby **DENIED**.

**IT IS SO ORDERED,** this ___4th___ day of March, 2014.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE